IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

ROGER LEE BAKER, JR.,                  )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )          CV 621-001
                                       )
WARDEN ROBERT ADAMS, JR., and          )
JENKIINS CORRECTIONAL CENTER,          )
                                       )
            Defendants.                )

                            _____

                         **O R D E R**

                            _____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of March, 2021, at Augusta, Georgia.


                    _____
                    J. RANDAL HALL, CHIEF JUDGE
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA