AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROGER LEE BAKER, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 621-001

WARDEN ROBERT ADAMS, JR., and JENKIINS CORRECTIONAL CENTER,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 9, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, this case is DISMISSED without prejudice and this case stands CLOSED.



03/09/2021  
Date

John E. Triplett, Acting Clerk  
Clerk

*Jamie Sabalza*  
(By) Deputy Clerk

GAS Rev 10/2020